LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY WEAVER, III, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex. rel. DIVISION OF PUBLIC AND BEHAVORIAL HEALTH of the DEPARTMENT OF HUMAN SERVICES (f/k/a DEPARTMENT OF HEALTH AND HUMAN SERVICES); CODY PHINNEY, individually; RICHARD WHITLEY, individually; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE DEFENDANTS 1-20; ROE ENTITIES 1-10,<br><br>Defendants. | Case No.:   2:26-cv-01250-DJA<br><br><br>**STIPULATION TO EXTEND LVMPD'S DEADLINE TO RESPOND TO THE COMPLAINT**<br>**[ECF No. 1]**<br><br><br>***First Request*** |

Defendant Las Vegas Metropolitan Police Department ("LVMPD") and Plaintiff Stanley Weaver III stipulate and agree to extend LVMPD's deadline to respond to the Complaint by twenty-two days.  The current deadline for Defendants to respond to the Complaint is May 18,

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.339

Page 1 of 2

2026.  The extended deadline will be Monday, June 9, 2026.  This is the first request for an extension of time regarding this deadline.

The requested extension arises in accord with District of Nevada Local Rule IA 6-1.  Good cause supports an extension because LVMPD requires additional time to review all allegations in the Complaint, which spans 38 pages, 246 enumerated paragraphs, and roughly 80 attached pages as Exhibits.  LVMPD's counsel also must review relevant records of the referenced conduct and referenced legal proceedings in order to make an informed response to the Complaint.  This extension is sought in good faith and not for purposes of delay.

DATED this 18th day of May, 2026.

/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LISA A. RASMUSSEN
Nevada Bar No. 7491
LEO S. WOLPERT
 Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South Tenth Street
Las Vegas, NV 89101
*Counsel for Plaintiff*

DATED this 18th day of May, 2026.

/s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
*Attorneys for Defendant Las Vegas Metropolitan Police Department*

**IT IS SO ORDERED.**

DATED this 20th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.339

Page 2 of 2