LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY WEAVER, III, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex. rel. DIVISION OF PUBLIC AND BEHAVORIAL HEALTH of the DEPARTMENT OF HUMAN SERVICES (f/k/a DEPARTMENT OF HEALTH AND HUMAN SERVICES); CODY PHINNEY, individually; RICHARD WHITLEY, individually; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE DEFENDANTS 1-20; ROE ENTITIES 1-10,<br><br>Defendants. | Case No.:   2:26-cv-01250-DJA<br><br>**STIPULATION TO EXTEND LVMPD'S DEADLINE TO RESPOND TO THE COMPLAINT**<br>**(ECF No. 1)**<br><br>***Second Request*** |

Defendant Las Vegas Metropolitan Police Department ("LVMPD") and Plaintiff Stanley Weaver III stipulate and agree to extend LVMPD's deadline to respond to the Complaint by three weeks. The extended deadline will be June 30, 2026.

On May 18, 2026, the parties stipulated to extend the deadline for LVMPD to respond to the Complaint by twenty-two days. ECF No. 10. Pursuant to the Parties' Stipulation, the Court

ordered LVMPD's response to be filed by Tuesday, June 9, 2026. ECF No. 11.

Since the first extension, Counsel for LVMPD has actively been working to obtain Plaintiff's mental health care records from the Clark County Detention Center, including information related to competency transfers. As of the date of this Stipulation, however, LVMPD's counsel still does not have all Plaintiff's records and information.

This second requested extension arises in accord with District of Nevada Local Rule IA 6-1. Good cause supports the three-week extension because LVMPD's counsel requires additional time to obtain and review Plaintiff's mental health care records and information related to competency transfers in order to make an informed response to the Complaint. This extension is sought in good faith and not for purposes of delay.

Dated this 29th day of May, 2026

Dated this 27th day of May, 2026

/s/ Margaret A. McLetchie

/s/ Lyssa S. Anderson

MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LISA A. RASMUSSEN
Nevada Bar No. 7491
LEO S. WOLPERT
Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South Tenth Street
Las Vegas, NV 89101

**Attorneys for Plaintiff**

LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
**KAEMPFER CROWELL**
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135

**Attorneys for Defendant, Las Vegas Metropolitan Police Department**

**IT IS SO ORDERED.**

DATED this 1st day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE