LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
tstuddard@kcnvlaw.com

***Attorneys for Defendant***
***Las Vegas Metropolitan Police Department***

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY WEAVER, III, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex. rel. DIVISION OF PUBLIC AND BEHAVORIAL HEALTH of the DEPARTMENT OF HUMAN SERVICES (f/k/a DEPARTMENT OF HEALTH AND HUMAN SERVICES); CODY PHINNEY, individually; RICHARD WHITLEY, individually; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE DEFENDANTS 1-20; ROE ENTITIES 1-10,<br><br>Defendants. | Case No.:   2:26-cv-01250-DJA<br><br>**STIPULATION TO EXTEND LVMPD'S DEADLINE TO RESPOND TO THE COMPLAINT**<br>**(ECF No. 1)**<br><br>***Fourth Request*** |

Defendant Las Vegas Metropolitan Police Department ("LVMPD") and Plaintiff Stanley Weaver III stipulate and agree to extend LVMPD's deadline to respond to the Complaint by an additional two weeks. The current deadline for LVMPD to respond to the Complaint is July 8, 2026. The extended deadline will be July 22, 2026.

Counsel for Plaintiff and Counsel for LVMPD were engaged in discussions which could

have alleviated the need for LVMPD to respond to the Complaint at this time. Those discussions remain at an impasse. LVMPD's Counsel continues to prepare the appropriate responsive pleading but requires an additional extension due to time constraints because of the discussions, as well as deadlines, and hearings in other matters.

The requested extension arises in accord with District of Nevada Local Rule IA 6-1. Good cause supports an extension because LVMPD requires additional time to finish preparing the responsive pleading. This extension is sought in good faith and not for purposes of delay.

Dated this 8th day of July, 2026

Dated this 8th day of July, 2026

/s/ Margaret A. McLetchie

MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LISA A. RASMUSSEN
Nevada Bar No. 7491
LEO S. WOLPERT
Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South Tenth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*

/s/ Lyssa S. Anderson

LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
**KAEMPFER CROWELL**
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135

*Attorneys for Defendant, Las Vegas Metropolitan Police Department*

## ORDER

**IT IS SO ORDERED.**

Dated this _9th_ day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE