LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY WEAVER, III, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex. rel. DIVISION OF PUBLIC AND BEHAVIORAL HEALTH of the DEPARTMENT OF HUMAN SERVICES (f/k/a DEPARTMENT OF HEALTH AND HUMAN SERVICES); CODY PHINNEY, individually; RICHARD WHITLEY, individually; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE DEFENDANTS 1-20; ROE ENTITIES 1-10,<br><br>Defendants. | Case No.: 2:26-cv-01250-DJA<br><br>**STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO AMEND COMPLAINT**<br>***First Request***<br><br>**AND**<br><br>**STIPULATION FOR DEADLINE FOR ALL DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT**<br>***Fifth Overall Request*** |

Plaintiff Stanley Weaver III; Defendant Las Vegas Metropolitan Police Department ("LVMPD"); and Defendants Cody Phinney, Richard Whitley, and the Division of Behavioral Health (collectively, the "Parties") stipulate and agree to extend Plaintiff's deadline to amend the Complaint (ECF 1) from the current deadline of July 28, 2026, to August 11, 2026. The Parties further stipulate and agree to extend the deadline for all Defendants to respond to the Complaint

(ECF 1) or a first amended complaint to September 8, 2026.

The current deadline for LVMPD to respond to the Complaint is July 22, 2026. LVMPD's deadline to respond to the Complaint has been extended four times previously for multiple reasons including discussions with Plaintiff's Counsel that could have alleviated its need to respond. (ECF 22). Defendant Whitley filed a responsive motion to the Complaint on July 7, 2026 (Motion to Dismiss, ECF 26). Defendant Phinney's Motion to Set Aside Entry of Default is briefed and pending. (ECF 18, 21, 25, 29).

Plaintiff has advised that he intends to file an amended complaint. The Parties acknowledge that the amended complaint will moot the pending Motion to Dismiss. Accordingly, the Parties stipulate to extend Plaintiff's deadline to amend to August 11, 2026, and to establish a September 8, 2026 deadline for all Defendants to respond to the amended complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

The requested extension arises in accord with Local Rule IA 6-1. Good cause supports the requested extension because Plaintiff intends to file an amended complaint and the parties seek a single deadline for all Defendants to respond timely to the anticipated operative pleading. This extension is sought in good faith and not for purposes of delay.

Dated this 17th day of July, 2026

*/s/ Margaret A. McLetchie*
MARGARET A. MCLETCHIE
Nevada Bar No. l0931
LISA A. RASMUSSEN
Nevada Bar No. 7491
LEO S. WOLPERT
Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South Tenth Street
Las Vegas, NV 89101
***Attorneys for Plaintiff***

Dated this 17th day of July, 2026

*/s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
**KAEMPFER CROWELL**
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
***Attorneys for Defendant, Las Vegas Metropolitan Police Department***

Dated this 20th day of July, 2026

*/s/ Diana Collins*
AARON FORD, Attorney General
SHARON L. BENSON, Chief Deputy Attorney General
Nevada Bar No. 8964
DIANA COLLINS, Deputy Attorney General
Nevada Bar No. 16828
**STATE OF NEVADA**
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
***Attorneys for State of Nevada Defendants***

**ORDER**

**IT IS SO ORDERED.**

Dated this 29th day of July, 2026.

UNITED STATES MAGISTRATE JUDGE