LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for LVMPD Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STANLEY WEAVER, III, an individual,

Plaintiff,

vs.

STATE OF NEVADA ex. rel. DIVISION OF PUBLIC AND BEHAVORIAL HEALTH of the DEPARTMENT OF HUMAN SERVICES (f/k/a DEPARTMENT OF HEALTH AND HUMAN SERVICES); CODY PHINNEY, individually; RICHARD WHITLEY, individually; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KEVIN MC MAHILL, in his official capacity; DOE DEFENDANTS 1-20; ROE ENTITIES 1-10,

Defendants.

Case No.: 2:26-cv-01250-DJA

**STIPULATION TO EXTEND ALL DEFENDANTS' DEADLINE TO RESPOND TO THE AMENDED COMPLAINT [ECF No. 35]**

***Sixth Request***

Plaintiff Stanley Weaver III; Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Kevin McMahill (collectively "LVMPD Defendants"); and Defendants Cody Phinney, Richard Whitley, and the Department of Human Services, Division of Public and

Behavioral Health, stipulate and agree to extend the deadline for all Defendants to respond to the First Amended Complaint to September 18, 2026.

The current deadline for all Defendants, except newly added Defendant Kevin McMahill, to respond to the Complaint is September 8, 2026. LVMPD's deadline to respond to the Complaint has been extended five times previously for multiple reasons including discussions with Plaintiff's Counsel that could have alleviated its need to respond and Plaintiff filing their amended complaint on August 11, 2026. (ECF 35). Counsel for LVMPD has agreed to accept service for Defendant Kevin McMahill.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

The requested extension arises in accord with District of Nevada Local Rule IA 6-1. Good cause supports an extension because Plaintiff filed their amended complaint and the parties seek a single deadline for all Defendants to respond timely to the operative pleading. This extension is sought in good faith and not for purposes of delay.

DATED this 28th day of August, 2026.

*/s/ Margaret McLetchie*

MARGARET A. MCLETCHIE
Nevada Bar No. 1 0931
LEO S. WOLPERT
Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South Tenth Street
Las Vegas, Nevada 89101
***Counsel for Plaintiff***

DATED this 28th day of August, 2026.

*/s/ Lyssa Anderson*

LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
***Attorneys for LVMPD Defendants***

DATED this 28th day of August, 2026.

*/s/ Sharon Benson*

AARON FORD, Attorney General
SHARON L. BENSON, Chief Deputy Attorney General
Nevada Bar No. 8964
**STATE OF NEVADA**
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
***Attorneys for State of Nevada Defendants***

**ORDER**

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2026