Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
*psmithjr@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendants*
*State of Nevada ex rel. DPBH,*
*Cody Phinney, and Richard Whitley*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY WEAVER, III, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. DIVISION OF PUBLIC AND BEHAVIORAL HEALTH of the DEPARTMENT OF HUMAN SERVICES (f/k/a DEPARTMENT OF HEALTH AND HUMAN SERVICES); CODY PHINNEY, individually; RICHARD WHITLEY, individually; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KEVIN MCMAHILL, in his official capacity; DOE DEFENDANTS 1-10; 12-20; ROE ENTITIES 1-10,<br><br>Defendants. | Case No.: 2:26-CV-01250-DJA<br><br>**STIPULATION TO EXTEND ALL DEFENDANTS' DEADLINE TO RESPOND TO THE AMENDED COMPLAINT [ECF 35]**<br><br>**(SEVENTH REQUEST)** |

Plaintiff Stanley Weaver III; State of Nevada *ex rel.* DPBH, Cody Phinney, and Richard Whitley (collectively "State Defendants"); and Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Kevin McMahill (collectively "LVMPD Defendants"), stipulate and agree to extend the deadline for all Defendants to respond to the First Amended Complaint for 14 days, to October 2, 2026.

The current deadline for all Defendants to respond to the Complaint is September 18, 2026. The requested extension arises in accord with District of Nevada Local Rule IA 6-1. Good cause supports an extension because undersigned counsel was recently retained (in the past few days) to represent the State Defendants and is in the process of obtaining the case file and related documents in order to be able to prepare a responsive pleading to Plaintiff's Amended Complaint, and the

parties seek a single deadline for all Defendants to respond timely to the operative pleading. This extension is sought in good faith and not for purposes of delay.

Dated this 17th day of September, 2026

*/s/ Phillip N. Smith, Jr.*
Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
*psmithjr@wwhgd.com*
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendants State of Nevada ex rel. DPBH, Cody Phinney, and Richard Whitley*

Dated this 17th day of September, 2026

*/s/ Lyssa S. Anderson*
Lyssa S. Anderson, Esq.
Nevada Bar N. 5781
Travis C. Studdard, Esq.
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com
*Attorneys for Defendants, Las Vegas Metropolitan Police Department and Sheriff McMahill*

Dated this 17th day of September, 2026

*/s/ Margaret A. Mcletchie*
Margaret A. Mcletchie, Esq
Nevada Bar No. 10931
Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
MCLETCHIE LAW GROUP, PLLC
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220 Email:
maggie@nvlitigation.com
*Attorney for Plaintiff*

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 46) is GRANTED. IT IS FURTHER ORDERED that Defendants shall have until October 2, 2026, to respond to the amended complaint.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: September 22, 2026



WEINBERG WHEELER HUDGINS GUNN & DIAL