MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY WEAVER, III, an individual,<br><br>Plaintiff,<br>vs.<br><br>STATE OF NEVADA ex. rel. DIVISION OF PUBLIC AND BEHAVIORAL HEALTH of the DEPARTMENT OF HUMAN SERVICES (f/k/a DEPARTMENT OF HEALTH AND HUMAN SERVICES); CODY PHINNEY, individually; RICHARD WHITLEY, individually; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KEVIN MCMAHILL, in his official capacity, DOE DEFENDANTS 1-20; ROE ENTITIES 1-10,<br><br>Defendants. | **Case. No.:** 2:26-cv-01250-DJA<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO DISMISS (ECF NOS. 48 AND 49)**<br><br>**[CORRECTED TO COMPLY WITH LR IA 6-2 AND ECF NO. 52]** |

Pursuant to Local Rule 7-1, Plaintiff STANLEY WEAVER III ("WEAVER" or "Plaintiff"), Defendants STATE OF NEVADA ex. rel. DIVISION OF PUBLIC AND BEHAVIORAL HEALTH of the DEPARTMENT OF HUMAN SERVICES (f/k/a DEPARTMENT OF HEALTH AND HUMAN SERVICES), CODY PHINNEY, and RICHARD WHITLEY (collectively, the "State Defendants"); and, Defendants LAS VEGAS

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)

METROPOLITAN POLICE DEPARTMENT and KEVIN MCMAHILL (collectively, the "LVMPD Defendants"), by and through their respective counsel of record, hereby request that the Court extend the deadline for Plaintiff to respond to Defendants' Motions to Dismiss (ECF Nos. 48 and 49.) The parties stipulate and agree as follows:

1. On October 1, 2026, the LVMPD Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint. (ECF No. 48.)

2. On October 2, 2026, the State Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint. (ECF No. 49.)

3. Pursuant to LR 7-2(b), Plaintiff's response to the LVMPD Defendants' Motion to Dismiss is due October 15, 2026.

4. Pursuant to LR 7-2(b), Plaintiff's response to the State Defendants' Motion to Dismiss is due October 16, 2026.

5. Counsel for Plaintiff has faced several competing deadlines and obligations in the past two weeks which have prevented them from completing a response to the Motions to Dismiss. Specifically, in addition to continuing to deal with the recent departure of a senior attorney from McLetchie Law, McLetchie Law has recently hired two new attorneys, and the undersigned has been required to devote time to training them. Furthermore, over the last two weeks, McLetchie Law has been required to, *inter alia*, oppose a petition for writ of certiorari at the United States Supreme Court, respond to a motion to dismiss in another matter in this district, and prepare for a settlement conference in another matter in this district, originally scheduled for October 15, 2026, but continued to October 26, 2026, because of an emergency opposing counsel in that matter was required to attend to.

6. Based on the foregoing, to allow Plaintiff's counsel to adequately address this potentially dispositive motion, Plaintiff and the State Defendants hereby stipulate and agree to the following:

a. The deadline for Plaintiff to respond to the LVMPD Defendants' Motion to Dismiss (ECF No. 48) shall be extended fourteen (14) days,

from October 15, 2026, to October 29, 2026.

b. The deadline for Plaintiff to respond to the State Defendants' Motion to Dismiss (ECF No. 49) shall be extended fourteen (14) days, from October 16, 2026, to October 30, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)

7. This stipulation is made in good faith and is not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 15th day of October, 2026

**MCLETCHIE LAW GROUP, PLLC**

By: */s/ Leo S. Wolpert*
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300;
Email: maggie@nvlitigation.com
*Counsel for Plaintiff*

DATED this 15th day of October, 2026

**KAEMPFER CROWELL**

By: */s/ Travis C. Studdard*
LYSSA S. ANDERSON
Nevada Bar N. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
Emails: landerson@kcnvlaw.com
tstuddard@kcnvlaw.com
*Attorneys for Defendants Las Vegas Metropolitan Police Department and Kevin McMahill*

DATED this 15th day of October, 2026

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

By: */s/ Phillip N. Smith, Jr.*
PHILLIP N. SMITH, JR., ESQ.
Nevada Bar No. 10233
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Email: psmithjr@wwhgd.com
*Attorneys For Defendants Cody Phinney, Richard Whitley, and State of Nevada ex. rel. DPBH*

**IT IS SO ORDERED:**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2026



MCLETCHIE LAW
Attorneys at Law
602 South Tenth Street
Las Vegas, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)