LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants Sheriff Kevin McMahill &*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY WEAVER, III, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex. rel. DIVISION OF PUBLIC AND BEHAVORIAL HEALTH of the DEPARTMENT OF HUMAN SERVICES (f/k/a DEPARTMENT OF HEALTH AND HUMAN SERVICES); CODY PHINNEY, individually; RICHARD WHITLEY, individually; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KEVIN MCMAHILL, in his official capacity, DOE DEFENDANTS 1-20; ROE ENTITIES 1-10,<br><br>Defendants. | Case No.: 2:26-cv-01250-DJA<br><br>JOINT MOTION<br><br>**~~STIPULATION~~ AND ORDER TO EXTEND LVMPD DEFENDANTS' DEADLINE TO REPLY IN SUPPORT OF THEIR MOTION TO DISMISS (ECF 48)**<br><br>***First Request*** |

Pursuant to Local Rule IA 6-1, Defendants Sheriff Kevin McMahill and the Las Vegas Metropolitan Police Department (collectively, "LVMPD Defendants"), and Plaintiff Stanley Weaver III, by and through their respective counsel, stipulate and agree to extend LVMPD Defendants' deadline to file their Reply in Support of their Motion to Dismiss (ECF 48) by fourteen days, from November 5, 2026, to November 19, 2026.

LVMPD Defendants and Plaintiff stipulate and agree as follows:

1. On October 1, 2026, LVMPD Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint. (ECF 48).
2. On October 16, 2026, LVMPD Defendants and Plaintiff stipulated to extend Plaintiff's deadline to respond to LVMPD Defendants' Motion to Dismiss from October 15, 2026, to October 29, 2026. (ECF 53). The Court granted the parties Stipulation on October 20, 2026. (ECF 54).
3. Plaintiff filed his Response to LVMPD Defendants' Motion to Dismiss on October 29, 2026. (ECF 55).
4. Under Local Rule 7-2(b), LVMPD Defendants' Reply in Support of their Motion to Dismiss is presently due on November 5, 2026.
5. Counsel for LVMPD Defendants has faced several converging deadlines and obligations that have affected counsel's ability to complete the Reply by the current deadline. Specifically, LVMPD Defendants' counsel had a filing deadline in a writ proceeding before the Nevada Supreme Court due on November 5, 2026, as well as multiple dispositive motion deadlines during the week immediately preceding and including November 5, 2026. The requested extension will allow counsel sufficient time to address the arguments raised in Plaintiff's Response and prepare a complete Reply for the Court's consideration.
6. Accordingly, the parties stipulate and agree that LVMPD Defendants' deadline to file their Reply in Support of their Motion to Dismiss (ECF 48) shall be extended by fourteen days from November 5, 2026, to November 19, 2026.
7. This is the first request to extend LVMPD Defendants' deadline to file their Reply in Support of their Motion to Dismiss. The requested extension is sought in good

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

faith, is supported by good cause, and is not sought for purposes of delay.

**IT IS SO STIPULATED**.

Dated this 5th day of November, 2026

MCLETCHIE LAW GROUP, PLLC

*/s/ Leo S. Wolpert*

MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT
Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South Tenth Street
Las Vegas, NV 89101

***Counsel for Plaintiff***

Dated this 5th day of November, 2026

KAEMPFER CROWELL

*/s/ Lyssa S. Anderson*

LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
**KAEMPFER CROWELL**
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135

***Attorneys for Defendants Sheriff Kevin McMahill & Las Vegas Metropolitan Police Department***

The parties have filed their document as a stipulation, rather than a joint motion, even though it has been signed by fewer than all the parties or their attorneys. LR 7-1(c). Nonetheless, the Court finds good cause to GRANT the joint motion (ECF No. 59).

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 9, 2026