Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
*psmithjr@wwhgd.com*
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendants State of Nevada ex rel. DPBH, Cody Phinney, and Richard Whitley*

WEINBERG WHEELER HUDGINS GUNN & DIAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STANLEY WEAVER, III, an individual,

Plaintiff,

vs.

STATE OF NEVADA ex rel. DIVISION OF PUBLIC AND BEHAVIORAL HEALTH of the DEPARTMENT OF HUMAN SERVICES (f/k/a DEPARTMENT OF HEALTH AND HUMAN SERVICES); CODY PHINNEY, individually; RICHARD WHITLEY, individually; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KEVIN MCMAHILL, in his official capacity; DOE DEFENDANTS 1-10; 12-20; ROE ENTITIES 1-10,

Defendants.

Case No.: 2:26-CV-01250-DJA

**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE PLAINTIFF'S RESPONSE TO MOTION TO DISMISS [ECF 60]**

**(FIRST REQUEST)**

Plaintiff Stanley Weaver III; State of Nevada *ex rel.* DPBH, Cody Phinney, and Richard Whitley (collectively "State Defendants"); and Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Kevin McMahill (collectively "LVMPD Defendants"), stipulate and agree to extend the deadline for State of Nevada, Cody Phinney, and Richard Whitley ("State Defendants") to respond to Plaintiff's Response to Motion to Dismiss [ECF 60] filed November 13, 2026.

The current deadline for State Defendants to file a reply response to Plaintiff's Response to Motion to Dismiss is November 20, 2026. The requested extension arises in accord with District of Nevada Local Rule IA 6-1. Good cause supports an extension because the undersigned counsel was unexpectedly covering and preparing for Pre-Trial Motions and hearings in another matter, in

between taking fact witness depositions for the same client as well as coordinating extensive preparation for NRCP 30(b)(6) depositions in a different matter. The requested extension will allow counsel sufficient time to address the arguments raised in Plaintiff's Response and prepare a complete Reply for the Court's consideration. State Defendants request only a seven day extension of time, until November 27, 2026.

This is the first request to extend State Defendants' deadline to file their Reply in Support of their Motion to Dismiss. This extension is sought in good faith and not for purposes of delay.

Accordingly, the parties stipulated and agree that the State Defendants' deadline to file their Reply in Support of their Motion to Dismiss [35] shall be extended by seven days from November 20, 2026, to November 27, 2026.

Dated this 20th day of November, 2026

*/s/ Phillip N. Smith, Jr.*
Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
*psmithjr@wwhgd.com*
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendants*
*State of Nevada ex rel. DPBH,*
*Cody Phinney, and Richard Whitley*

Dated this 20th day of November, 2026

*/s/ Lyssa S. Anderson*
Lyssa S. Anderson, Esq.
Nevada Bar N. 5781
Travis C. Studdard, Esq.
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com
*Attorneys for Defendants,*
*Las Vegas Metropolitan Police Department*
*and Sheriff McMahill*

Dated this 20th day of November, 2026

*/s/ Margaret A. Mcletchie*
Margaret A. Mcletchie, Esq
Nevada Bar No. 10931
Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
MCLETCHIE LAW GROUP, PLLC
602 South Tenth Street
Las Vegas, NV 89101
Email: maggie@nvlitigation.com
*Attorney for Plaintiff*

WEINBERG WHEELER HUDGINS GUNN & DIAL

**ORDER**

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 64) is GRANTED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 24, 2026

WEINBERG WHEELER HUDGINS GUNN & DIAL